✎GAM 35  
(Rev. 2/06)

**Report and Order Terminating Supervised Release**  
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.   5:15-CR-00037-001 (MTT) |
| **KENNETH WALLACE** | |

On March 29, 2020, the supervised release period of 36 months commenced in the Middle District of Georgia. Kenneth Wallace has complied with the rules and regulations of supervised release. His case meets the criteria for early termination as outlined in the *Guide to Judiciary Policy*; Volume 8, Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts.

It is accordingly recommended that Kenneth Wallace be discharged from supervision.

Respectfully submitted,

*Nico L. Humphrey*  
Nico L. Humphrey  
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this   8th   day of   March  , 2022.

S/ Marc T. Treadwell

MARC T. TREADWELL  
CHIEF U.S. DISTRICT JUDGE